**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | \| |
| | \| |
| **Plaintiff,** | \| |
| | \|     **CASE NO. 2: 25-MJ-003** |
| **v.** | \| |
| | \|     **MAGISTRATE JUDGE JOLSON** |
| | \| |
| **REVA HARPER,** | \| |
| **Defendant.** | \| |
| | \| |
| | \| |

## ORDER

Upon motion of the United States, and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that this case be **DISMISSED**.


s/ Kimberly A. Jolson
**KIMBERLY A. JOLSON**
**United States Magistrate Judge**


3/7/2025
**DATE**